**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CAVELLO BAY REINSURANCE LIMITED,

          Plaintiff,

    -against-                         18 **CIVIL** 11362 (KMK)

                                                      **JUDGMENT**

KENNETH SHUBIN STEIN; SPENCER
CAPITAL LIMITED, *formerly known as
Spencer Capital Holdings Ltd.*; and SPENCER
CAPITAL HOLDINGS LTD.,

          Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 24, 2020, Spencer and Stein's motions to

dismiss are granted and Plaintiff's claims are dismissed; because Plaintiff is counseled and has

already had an opportunity to amend in face of similar arguments from Defendants, (*see* Dkt.

Nos. 22–23), the Court dismisses the claims with prejudice; accordingly, this case is closed.


**Dated:**  New York, New York
        March 26, 2020


                                      **RUBY J. KRAJICK**
                                _____
                                        **Clerk of Court**
        **BY:**
                                 _____
                                        **Deputy Clerk**